UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES-GENERAL</u>

Case No. ED CV <u>14-00936-JLS (PLA)</u>                                   Date <u>August 12, 2014</u>

Title:   Desmond Jones v. Pruette, et al.

---

PRESENT:  THE HONORABLE     <u>PAUL L. ABRAMS</u>

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| <u>Christianna Howard</u> | <u>N/A</u> | <u>N/A</u> |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**        (IN CHAMBERS)

Pursuant to this Court's Order of June 23, 2014, plaintiff was ordered to pay an initial partial filing fee of $10.00 within thirty (30) days of the date of the order (<u>i.e.</u>, by July 23, 2014). The $10.00 partial filing fee has not been received by the Court. Accordingly, **no later than September 11, 2014, plaintiff is ordered to show cause** why this case should not be dismissed for failure to pay the required fee. Receipt of the partial $10.00 filing fee by the Court on or before **September 11, 2014**, shall be deemed compliance with this Order to Show Cause.


cc:     Desmond Jones, Pro Se

Initials of Deputy Clerk____ch