# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES-GENERAL

Case No. ED CV <u>14-00936-JLS (PLA)</u>                                    Date <u>September 8, 2014</u>

Title:   <u>Desmond Jones v. Pruette, et al.</u>

---

☐ **U.S. DISTRICT JUDGE**

**PRESENT: THE HONORABLE     PAUL L. ABRAMS**

☒ **MAGISTRATE JUDGE**

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
                NONE                                                          NONE

**PROCEEDINGS:**        **(IN CHAMBERS)**

On September 2, 2014, the Court received plaintiff's "Motion to Receive Relief from Payment 28 U.S.C. § 1915" ("Motion"), wherein plaintiff requests a waiver of the partial filing fee of $10.00 that he was ordered to pay on or before September 11, 2014.  (See Docket #15).

28 U.S.C. § 1915 (b)(1) reads in relevant part:  "if a prisoner brings a civil action . . . in forma pauperis, the prisoner *shall be required to pay the full amount of a filing fee*. The court shall assess and, when funds exist, collect, as a partial payment of any court fees required by law, an initial partial filing fee." (Emphases added). Accordingly, as the Court does not have the discretion to waive the filing fee in this action, plaintiff's motion is **denied**.

In light of plaintiff's apparent financial difficulty however, the Court grants plaintiff a 60 day extension of time in which to comply with the Court's August 12, 2014 Order.  Therefore, **no later than November 11, 2014**, plaintiff is ordered to show cause why this case should not be dismissed for failure to pay the required fee. Receipt of the partial $10.00 filing fee by the Court on or before November 11, 2014, shall be deemed compliance with the Order to Show Cause.


cc:     Desmond Jones, Pro Se




                                                                                Initials of Deputy Clerk____ch____

---

CV-90 (10/98)                                        CIVIL   MINUTES  -  GENERAL