UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  ED CV 14-00936-JLS (PLA)                                    Date  January 23, 2015

Title:  Desmond Jones v. Pruette, et al.

---

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:
NONE

ATTORNEYS PRESENT FOR DEFENDANTS:
NONE

PROCEEDINGS:          (IN CHAMBERS)

Currently pending with the Court is the "Motion to Dismiss Plaintiff's Third Amended Complaint" filed by defendants Pruette, Akhigbe, Leibert and Ponder on January 13, 2015.

On January 16, 2015, plaintiff filed his "Notice of Further Retaliation by Defendant," in which he raises serious allegations of misconduct by at least one defendant in this action.  **No later than February 6, 2015**, defendants shall file a response to the Notice, which shall include declarations as necessary to rebut plaintiff's allegations, if defendants intend to do so.  The Court will then determine what, if any, action will be taken.


cc:     Desmond Jones, pro se
        Cassandra Jean Shryock, CAAG

Initials of Deputy Clerk____ch____