# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.  ED CV 14-00936-JLS (PLA)                                                                Date August 13, 2015

Title:  Desmond Jones v. Pruette, et al.

---

PRESENT:  THE HONORABLE     PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**      **(IN CHAMBERS)**

Pursuant to this Court's Order of April 27, 2015, each party was ordered to file a Status Report no later than July 27, 2015.  To date, plaintiff's Status Report has not been filed with the Court.  Accordingly, **no later than August 28, 2015, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and follow court orders.  Filing of the Status Report by plaintiff, on or before August 28, 2015, shall be deemed compliance with this Order to Show Cause.

cc:     Desmond Jones, pro se
        Cassandra Jean Shryock, CAAG
        Gabrielle DeSantis-Nield, Esq.

Initials of Deputy Clerk    ch