**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| DESMOND JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P.B.ELLER, et al.,<br><br>　　　　　Defendants. | No. ED CV 17-99-JLS (PLA) |
| DESMOND JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PRUETTE, et al.,<br><br>　　　　　Defendants. | No. ED CV 14-936-JLS (PLA)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DENYING PLAINTIFF'S REQUEST TO VACATE DISMISSALS PURSUANT TO FED.R.CIV.P. 60(b)** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pertinent filings regarding plaintiff's request to vacate the dismissals in Jones v. Eller, ED CV 17-99-JLS (PLA), and Jones v. Pruette, ED CV 14-936-JLS (PLA), as well as the Magistrate Judge's Report and Recommendation Re: Plaintiff's Request to Vacate Dismissals Pursuant to Fed.R.Civ.P. 60(b), and plaintiff's Waiver of Objections to the Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation Re: Plaintiff's Request to Vacate Dismissals Pursuant to Fed.R.Civ.P. 60(b) is accepted.

2. The Court denies petitioner's Rule 60(b) request to vacate the dismissals in <u>Jones v. Eller</u>, ED CV 17-99-JLS (PLA), and <u>Jones v. Pruette</u>, ED CV 14-936-JLS (PLA).

3. The clerk shall serve this order on all counsel or parties of record.

DATED: April 12, 2018

                                  HONORABLE JOSEPHINE L. STATON
                                  UNITED STATES DISTRICT JUDGE